F I L E D
Clerk
District Court

JUL 2 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR Case No.: CR 05-00024 |
| Plaintiff, | ) | |
| | ) | **INFORMATION** |
| vs. | ) | |
| | ) | **COUNT 1** |
| STEVEN FAISAO ABAL | ) | Conspiracy to Distribute Methamphetamine |
| | ) | 21 U.S.C. §846 |
| Defendant. | ) | 21 U.S.C. §841(a)(1) |
| _____ | ) | 21 U.S.C. §841(b)(1)(B) |

The United States Attorney charges:

## COUNT 1

Between 2000 and April, 2004, the defendant, STEVEN FAISAO ABAL, did knowingly and unlawfully combine, conspire, confederate and agree with other persons, known and unknown to the United States, to distribute 5 grams or more of methamphetamine in the form commonly known as "ice", a Schedule II controlled substance, in the District of The Northern Mariana Islands and elsewhere, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

This is a violation of Title 21, United States Code, Section 846.

Respectfully Submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

Dated July 28, 2005    By: _____
TIMOTHY E. MORAN
Assistant United States Attorney