MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

*FILED Clerk District Court*
*JUL 28 2005*
*For the Northern Mariana Islands*
*By_____ (Deputy Clerk)*

CR-05-00024

July 28, 2005
3:00 p.m.

### UNITED STATES OF AMERICA -v- STEVEN ABAL

PRESENT:   HON. DAVID A. WISEMAN, DESIGNATED JUDGE PRESIDING
SANAE N. SHMULL, COURT REPORTER
K. LYNN LEMIEUX, COURTROOM DEPUTY
JAMIE BOWERS, ASSISTANT U.S. ATTORNEY
TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
DANILO AGUILAR, ATTORNEY FOR DEFENDANT (Court-appointed)
STEVEN ABAL, DEFENDANT

PROCEEDINGS: WAIVER OF INDICTMENT AND ENTRY OF PLEA

Defendant appeared with counsel, Attorney Danilo Aguilar. Government was represented by Jamie Bowers, AUSA. Also present was U.S. Probation Officer, Margarita Wonenberg.

Defendant was sworn and examined as to his health, state of mind, understanding of the charges in the Information and his constitutional rights.

Defendant stated that he wished to waive the indictment and enter a plea to the charges in the information. The defendant and his counsel signed the waiver. Court stated that the waiver was knowingly, voluntarily, and intelligently made and therefore was accepted by the Court.

Defendant waived reading of the information and entered a plea of **GUILTY**. Court accepted defendant's plea of guilty and the plea agreement. Court ordered that sentencing be scheduled for **Tuesday, November 1, 2005 at 9:30 a.m.** That presentence investigation report shall be due September 27, 2005.

Government moved to unseal the case. Court so ordered.

Defendant was remanded into the custody of the U.S. Marshal.

Adj. at 3:40 p.m.

*/s/ K. Lynn Lemieux*
K. Lynn Lemieux, Courtroom Deputy