F I L E D
Clerk
District Court

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

JUL 2 8 2005

For The Northern Mariana Islands
By_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. Case No.: CR 05-00024 |
| | ) | |
| Plaintiff, | ) | **WAIVER OF INDICTMENT** |
| v. | ) | |
| | ) | |
| STEVEN FAISAO ABAL, | ) | |
| | ) | |
| Defendant. | ) | |

I, STEVEN FAISAL ABAL, understand that I am accused of committing the crime of Conspiracy to Distribute Methamphetamine "ice", in violation of Title 21, U.S.C., §§ 841 (a)(1); 841 (b)(1)(B) and 846. After being advised of the nature of the charge, the proposed Information, and of my right to be charged by Grand Jury Indictment, I hereby waive in open court, prosecution by Indictment and consent that the proceeding may be by Information, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: 7/28/05

_____
STEVEN FAISAO ABAL
Defendant

Dated: 7/28/05

_____
DANILO T. AGUILAR
Counsel for Defendant

Before _____
Judge, District of the Northern Mariana Islands