FILED
Clerk
District Court

JUL 28 2005

UNITED STATES DISTRICT COURT For The Northern Mariana Islands
FOR THE
NORTHERN MARIANA ISLANDS

By_____
(Deputy Clerk)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION NO. 05-00024 |
| Plaintiff, | ) | |
| vs. | ) | ORDER SETTING |
| | ) | SENTENCING DATE |
| STEVEN FAISAO ABAL, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the defendant be referred to the US. Probation Office for investigation and report. The presentence investigation report is due on **September 27, 2005.** Sentencing is scheduled for **Tuesday, November 1, 2005** commencing at the hour of nine-thirty o'clock a.m.

DATED this 28th day of July, 2005.

_____
DAVID A. WISEMAN, Designated Judge

AO 72
(Rev.8/82)