FILED
Clerk
District Court

OCT 2 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN FAISAO ABAL,<br><br>Defendant. | Criminal Action No. 05-00024<br><br>Order Rescheduling Sentencing Date |

Timothy Moran
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

Danilo T. Aguilar
Attorney at Law
PMB 886, Box 10001
Saipan, MP 96950

IT IS HEREBY ORDERED that the Sentencing in the above case scheduled for Tuesday, November 1, 2005, is rescheduled to Wednesday, October 26, 2005, at 9:30 a.m.

DATED this 24th day of October, 2005.

_/s/ Alex R. Munson_

Judge Alex R. Munson

AO 72
(Rev. 8/82)