F I L E D
Clerk
District Court

OCT 2 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  LEONARDO M. RAPADAS
   United States Attorney
2  TIMOTHY E. MORAN
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
        MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P. O. Box 500377
5  Saipan, MP 96950-0377
   Telephone:    (670) 236-2952
6  Fax:          (670) 236-2985

   Attorneys for United States of America
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN MARIANA ISLANDS

10  UNITED STATES OF AMERICA,        )   Criminal Case No. 05-00024
                                     )
              Plaintiff,             )
11                                   )
                                     )   GOVERNMENT'S MOTION FOR
        v.                           )   SUBSTANTIAL ASSISTANCE
12                                   )   DEPARTURE UNDER U.S.S.G. § 5K1.1
    STEVEN FAISAO ABAL,              )   AND 18 U.S.C. § 3553(e)
                                     )
13            Defendant.             )
   _____)
14

15      COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

16  Leonardo M. Rapadas, United States Attorney, and Timothy E. Moran, Assistant United States Attorney,

    and hereby moves the Court, pursuant to United States Sentencing Guidelines § 5K1.1 and 18 U.S.C. §
17
    3553(e), to depart from the Sentencing Guidelines and the statutory mandatory minimum consecutive
18
    sentence, based on the defendant's substantial assistance to the Government.  The Government also
19
    moves for a one-level reduction under U.S.S.G. § 3E1.1(b).  Pursuant to ¶ 11 of the Plea Agreement
20
    between the Government and the defendant, the parties stipulated that the applicable advisory Guidelines
21
    level (with applicable reductions) is 21 (37 to 46 months).
22

23                                          LEONARDO M. RAPADAS
                                            United States Attorney
                                            Districts of Guam and the NMI
24

    Date: 10/26/05              By: _____
25                                          TIMOTHY E. MORAN
                                            Assistant United States Attorney