PROB 12A
(7/93)

# United States District Court

for

District of the Northern Mariana Islands

F I L E D
Clerk
District Court

FEB 20 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## Report on Offender Under Supervision

Name of Offender:   Steven Faisao Abal                                   Case Number:  CR 05-00024-001

Name of Sentencing Judicial Officer:   Alex R. Munson

Date of Original Sentence:   October 26, 2005

Original Offense:   Count 1 - Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 846

Original Sentence:   20 months imprisonment and five years of supervised release with the following conditions: that the defendant shall not commit another federal, state, or local crime; that the defendant shall not unlawfully possess a controlled substance; that the defendant shall refrain from any unlawful use of a controlled substance; the defendant shall submit to one drug test within fifteen days of release from imprisonment and up to as many as eight drug tests per month thereafter, as directed by the U.S. Probation Officer; that the defendant shall be prohibited from possessing a firearm or other dangerous weapon and shall not have such weapons at his residence; that the defendant shall submit to the collection of a DNA sample at the direction of the U.S. Probation Office; that the defendant shall comply with the standard conditions of supervised release as set forth at 18 U.S.C. § 3583; that the defendant shall participate in a treatment program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs; that the defendant shall seek and maintain gainful employment; that the defendant shall refrain from the use of poker machines or any form of gambling device; and the defendant shall perform 300 hours of community service under the direction of the U.S. Probation Office.

Type of Supervision:  Supervised Release            Date Supervision Commenced: January 8, 2007

### NONCOMPLIANCE SUMMARY

Violation Number        Nature of Noncompliance

Violation #1            That the defendant shall refrain from any unlawful use of a controlled substance.

Report on Offender
Under Supervision
page 2

On February 5, 2008, Mr. Steven Abal reported to the U.S. Probation Office to submit his monthly report. He was asked to submit to a drug test, which tested presumptive positive for methamphetamine and amphetamine. Mr. Abal admitted to this officer that he smoked "ice" on February 1, 2008 and signed an Admission of Drug Use form.

This officer counseled Mr. Abal about his drug relapse and noticed that he appeared very depressed and discouraged. Mr. Abal stated that he deeply regretted his drug use and mentioned that he feels like "the devil is after him." Mr. Abal, who was four days away from completing the one-year drug program, was returned to the beginning of the program. Additionally, this officer ordered that he attend individual counseling sessions with Marianas Psychiatric Services four times a month, with one additional group counseling session per month.

Mr. Abal has been relatively compliant to his conditions of release. He paid his $100 special assessment fee on July 29, 2005. His DNA was collected by the Bureau of Prisons on June 16, 2006, and he completed his 300 hours of community service on July 6, 2007. Mr. Abal has been unable to find employment because he is the sole care-taker of his disabled mother. Mr. Abal recognizes the need to be gainfully employed and is willing to work with the probation officer to accomplish this. Prior to this instance, Mr. Abal has consistently tested negative for illicit substances.

This Officer recommends that no action be taken against Mr. Abal at this time. Mr. Abal has been warned that future violations will be reported to the court and may result in the revocation of his supervised release.

Reviewed by:

CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

Date:  February 14, 2008

Respectfully submitted,

by:

MELINDA N. BRUNSON
U.S. Probation Officer

Date:  February 14, 2008

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other    No action to be taken.

HON. ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands

2-20-08
Date