Robert Tenorio Torres
Attorney at Law
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 503758 CK
Saipan, MP 96950

Tel: (670) 234-7859
Fax: (670) 234-5749

Attorney for Steven Faisao Abal

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>STEVEN FAISAO ABAL,<br><br>Defendant. | Criminal Case No. 05-00024<br><br>STIPULATED MOTION TO CONTINUE SENTENCING HEARING ON APRIL 16, 2013 |

Defendant Steven Faisao Abal, through counsel Robert T. Torres Esq., hereby stipulate with Assistant United States Attorney Garth Backe and move this Court to reset the sentencing hearing currently scheduled for April 16, 2013 at 9:00 a.m. to **May 31, 2013 at 9:00 a.m.**

This stipulated motion is made because the Defendant is currently

being detained on Guam in efforts to get him into the Lighthouse Recovery Center, however additional time is necessary to complete the Assessment/ Intake Process.

SO STIPULATED this 15th day of April, 2013.

/s/
ROBERT T. TORRES
ATTORNEY FOR MR. ABAL

/s/
GARTH BACKE
ASSISTANT UNITED STATES ATTORNEY