**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVEN FAISAO ABAL,

Defendant.

Case No. 1:05-CR-00024

**ORDER CONTINUING SENTENCING HEARING**

Before the Court is Defendant Abal and Plaintiff United States' stipulated motion to continue the sentencing hearing in this matter. (ECF No. 42.) They request the continuance because Abal is currently detained in Guam, in an effort to enroll him in the Lighthouse Recover Center. (*Id.*) They request the hearing be scheduled for May 31, 2013, at 9:00 a.m. (*Id.*)

For good cause shown, the Court GRANTS the stipulated motion. The sentencing hearing is moved from April 16, 2013, to May 31, 2013, at 9:00 a.m.

SO ORDERED this 15th day of April, 2013.

RAMONA V. MANGLONA
Chief Judge