Robert Tenorio Torres
Attorney at Law
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 503758 CK
Saipan, MP 96950

Tel: (670) 234-7859
Fax: (670) 234-5749

Attorney for Steven Faisao Abal

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>STEVEN FAISAO ABAL,<br><br>Defendant. | Criminal Case No. <u>05-00024</u><br><br>STIPULATED MOTION TO MODIFY BAIL CONDITIONS FOR RELEASE OF DEFENDANT TO UNDERGO TREATMENT AT THE LIGHTHOUSE RECOVERY CENTER, GUAM. |

Defendant Steven Faisao Abal, through counsel Robert T. Torres Esq., hereby stipulates with Assistant United States Attorney Garth Backe, counsel for the Government and move this Court modify the Defendant's

bail conditions as follows:

1. That defendant Steven Abal be immediately released from the U.S. Marshals' Service detention facility at Hagatna, GU.
2. That defendant Steven Abal shall be transported by the U.S. Probation Office to the Lighthouse Recovery Center for admittance as confirmed by its representative Mr. Klein Mallare.
3. That defendant shall undergo treatment at the facility and shall comply with all of its conditions of attendance; admittance; treatment and care as well as complete the drug-treatment program.
4. That the U.S. Probation Office shall monitor defendant's progress and compliance and report such progress to the Court and the parties.
5. That defendant's sentencing remains on schedule and the Court shall, at its discretion, convert defendant's sentencing hearing to a status conference to receive any report on defendant's progress in treatment.

SO STIPULATED this *22nd* day of April 2013.

/s/
ROBERT T. TORRES
ATTORNEY FOR MR. ABAL

/s/
GARTH BACKE
ASSISTANT UNITED STATES ATTORNEY