**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVEN FAISAO ABAL,

Defendant.

Case No. 1:05-CR-00024

**ORDER GRANTING STIPULATION TO MODIFY BAIL CONDITIONS**

Before the Court is the Government and Abal's stipulation to modify Abal's bail conditions, to enable Abal to undergo treatment at the Lighthouse Recovery Center. (ECF No. 44.) They stipulate to the following modifications:

1. Abal shall be immediately released from the U.S. Marshals' Service detention facility in Hagatna, Guam;
2. Abal shall be transported by the U.S. Probation Office to the Lighthouse Recovery Center for admittance as confirmed by its representative Mr. Klein Mallare;
3. Abal shall undergo treatment at the Lighthouse Recovery Center and shall comply with all of its conditions of attendance, admittance, treatment, and care, as well as complete the drug treatment program; and
4. The U.S. Probation Office shall monitor Abal's progress and compliance and report such progress to the Court and the parties.

For good cause shown, the Court GRANTS the stipulation. Abal's bail conditions are modified as delineated above. Abal's sentencing hearing remains on May 31, 2013.

SO ORDERED this 23rd day of April, 2013.

RAMONA V. MANGLONA
Chief Judge