Robert Tenorio Torres
Attorney at Law
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 503758 CK
Saipan, MP 96950

Tel: (670) 234-7859
Fax: (670) 234-5749

Attorney for Steven Faisao Abal

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>STEVEN FAISAO ABAL,<br><br>Defendant. | Criminal Case No. 05-00024<br><br>STIPULATED MOTION TO CONTINUE SENTENCING HEARING |

Defendant Steven Faisao Abal ("Mr. Abal"), through counsel Robert T. Torres Esq., hereby stipulate with Assistant United States Attorney Garth Backe and move this Honorable Court for an Order vacating the Sentencing Hearing in the above-captioned matter, currently scheduled for June 21,

2013 at 9:00 a.m., and reset it to ______________________________.

This stipulated motion is made due Defendant's counsel will be out of the Commonwealth from June 15, 2013 thru June 29, 2013. An off-island notice has been filed with and received by Clerk, U.S. District Court for the Northern Mariana Islands on June 4, 2013.

**SO STIPULATED** this 17th day of June 2013.

/s/
ROBERT T. TORRES - F0197
ATTORNEY FOR MR. CABRERA

/s/
GARTH BACKE
ASSISTANT UNITED STATES ATTORNEY