**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVEN FAISAO ABAL,

Defendant.

Case No. 1:05-CR-00024

**ORDER GRANTING STIPULATION TO CONTINUE SENTENCING**

Before the Court is the Government and Abal's stipulation to continue sentencing in this matter. (ECF No. 46.) They request this continuance because Abal's counsel will not be in the Commonwealth of the Northern Mariana Islands at the time of sentencing. (*Id.*) For good cause shown, the Court GRANTS the motion. The sentencing hearing is moved from June 21, 2103, to July 3, 2013, at 1:30 p.m.

SO ORDERED this 18th day of June, 2013.

RAMONA V. MANGLONA
Chief Judge