Robert Tenorio Torres
Attorney at Law
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 503758 CK
Saipan, MP 96950

Tel: (670) 234-7859
Fax: (670) 234-5749

Attorney for Steven Faisao Abal

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>STEVEN FAISAO ABAL,<br>Defendant. | Criminal Case No. 05-00024<br><br>STIPULATED MOTION TO CONTINUE SENTENCING HEARING |

Defendant Steven Faisao Abal ("Mr. Abal"), through counsel Robert T. Torres Esq., hereby stipulates with Assistant United States Attorney Garth Backe counsel for the Government, and moves this Court for an Order vacating the Sentencing Hearing in the above-captioned matter, currently set

for July 3, 2013, at 1:30 p.m.. Counsel requests a continuance of the hearing to August 30, 2013 at 1:30 p.m.. Counsel has conference with the United States Probation Officer, Gregory F. Arriola who has no objection to continue the hearing to August 2013.

This stipulated motion is made to permit the Defendant to complete treatment at the Lighthouse Recovery Center in Guam mid part of August. Said information was confirmed by John San Nicolas II, United States Probation Officer, Special Offender Specialist District of Guam and the Northern Mariana Islands.

**SO STIPULATED** this 27th day of June 2013.

/s/
ROBERT T. TORRES - F0197
ATTORNEY FOR MR. CABRERA

/s/
GARTH BACKE
ASSISTANT UNITED STATES ATTORNEY