**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVEN FAISAO ABAL,

Defendant.

Case No. 1:05-CR-00024

**ORDER GRANTING MOTION TO CONTINUE SENTENCING**

Before the Court is the Government and Defendant Abal's stipulated motion to continue sentencing in this matter. (ECF No. 48.) They request this continuance in order to permit Abal to complete treatment at the Lighthouse Recovery Center. (*Id.*) For good cause shown, the stipulated motion is GRANTED. Sentencing is continued from July 3, 2013, to August 30, 2013, at 1:30 p.m.

SO ORDERED this 1st day of July, 2013.

RAMONA V. MANGLONA
Chief Judge