Robert Tenorio Torres
Attorney at Law
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 503758 CK
Saipan, MP 96950

Tel: (670) 234-7859
Fax: (670) 234-5749

Attorney for Steven Faisao Abal

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>STEVEN FAISAO ABAL,<br><br>Defendant. | Criminal Case No. 05-00024<br><br>STIPULATED MOTION TO CONTINUE SENTENCING HEARING ON AUGUST 30, 2013 |

Defendant Steven Faisao Abal ("Mr. Abal"), through counsel Robert T. Torres Esq., hereby stipulate with Assistant United States Attorney Garth Backe and move this Honorable Court for an Order vacating the Sentencing Hearing in the above-captioned matter, currently scheduled on August 30, 2013 at 1:30 p.m. and reschedule to **September 5, 2013 at 1:30 p.m.**

This stipulated motion is made due Defendant is still undergoing treatment at the Light House Recovery Center on Guam and will complete said treatment on August 30, 2013, at which time Defendant will return to Saipan.

**SO STIPULATED** this 20th day of August 2013.

/s/
ROBERT T. TORRES - F0197
ATTORNEY FOR MR. CABRERA

/s/
GARTH BACKE
ASSISTANT UNITED STATES ATTORNEY