**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>STEVEN FAISAO ABAL,<br>Defendant. | Case No. 05-cr-00024<br><br>ORDER CONTINUING SENTENCING HEARING |

Before the Court is Defendant Abal and Plaintiff United States' stipulated motion to continue sentencing. (ECF No. 50.) They request the continuance because Defendant is still undergoing treatment at the Light House Recovery Center on Guam and will complete his treatment on August 30, 2013, at which time Defendant will return to Saipan. The parties request the hearing be scheduled for September 5, 2013, at 1:30 p.m.

For good cause shown, the Court GRANTS the stipulated motion. Sentencing is moved from August 30, 2013 to September 5, 2013, at 1:30 p.m.

SO ORDERED this 21st day of August, 2013.

Ramona V. Manglona
Chief Judge