# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

CR- 05-00024-001 September 5, 2013
2:30 p.m.

**UNITED STATES OF AMERICA -v- STEVEN FAISAO ABAL**

PRESENT: HON. RAMONA V. MANGLONA, CHIEF JUDGE
TINA MATSUNAGA, COURTROOM DEPUTY
GARTH BACKE, ASSISTANT U.S. ATTORNEY
ROBERT TORRES, COURT-APPOINTED ATTORNEY
STEVEN FAISAO ABAL, DEFENDANT
GREGORY ARRIOLA, U.S. PROBATION OFFICER
JOHN SAN NICOLAS, U.S. PROBATION OFFICER

PROCEEDING: REVOCATION SENTENCING

Defendant appeared out of custody with court-appointed counsel, Robert Torres. Government was represented by Garth Backe, Assistant U.S. Attorney. Also present in court were Gregory Arriola and John San Nicolas, U.S. Probation Officers.

Parties stated that they were ready to proceed with the hearing.

Defendant was sworn.

Court stated the procedural history of the case. On December 14, 2012, Court found the Defendant had violated his terms of supervised release. Defendant had violated Special Condition No. II and Standard Condition No. III.

Attorney Torres presented his comments to the Court about the case.

Defendant gave his allocution.

Court addressed the Defendant.

Court after hearing from the Defendant and from counsel, ordered that **STEVEN FAISAO ABAL'S** supervised release be revoked pursuant to U.S.S. G. §7B1.3 (a)(2)(A) and 18 U.S.C. §3583 (e)(3), and that he is hereby sentenced to a term of imprisonment of time served. Defendant shall serve a 44 month term of supervised release with the following conditions:

1. The Defendant shall not commit another federal, state or local offense;

2. The Defendant shall refrain from any unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month;

3. The Defendant shall not possess a firearm or other dangerous weapon or have such weapon(s) at his place of residence;

4. The Defendant shall comply with the standard conditions of supervised release as adopted by this Court;

5. The Defendant shall participate in a treatment program approved by the U.S. Probation Office for the treatment of narcotic addiction or drug dependency which will include testing for the detection of use or abuse. The defendant shall also make co-payment for the program at a rate to be determined by the U.S. Probation Office;

6. The Defendant shall seek and maintain gainful employment;

7. The Defendant shall refrain from the use of poker machines or any form of gambling device;

8. The Defendant shall stay away from any and all drug users or drug traffickers; and

9. The Defendant shall refrain from the use of alcohol and submit to breathalyser tests at the direction of the U.S. Probation Office.

Adjourned at 3:05 p.m.

/s/
Tina Matsunaga, Courtroom Deputy