ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer
GREGORY F. ARRIOLA
U.S. Probation Officer
U.S. District Court of NMI
4th Floor, Horguichi Bldg.
P.O. Box 502089
Saipan, MP 96950
Telephone: (670) 236-2983
Fax: (670) 236-2992

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN FAISAO ABAL,<br><br>Defendant. | CRIMINAL CASE NO. 05-00024-001<br><br>**DECLARATION IN SUPPORT OF PETITION** |

**Re: Violation of Supervised Release Conditions; Request for Summons**

I, U.S. Probation Officer Gregory F. Arriola, am assigned to supervise the Court-ordered conditions of supervised release for Steven Faisao Abal and, in this capacity, I declare as follows:

On October 26, 2005, Steven Faisao Abal was sentenced by Chief Judge Alex R. Munson for the offense of Conspiracy to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 846. He was ordered to serve 20 months imprisonment followed by a five year term of supervised release. On January 8, 2007, Mr. Abal began serving his term of supervised release. On September 30, 2010, his supervised release was revoked due to the use of drugs. He was sentenced to two months imprisonment and ordered to serve a 58 month term of supervised release. On November

17, 2010, Mr. Abal was released from custody. However, due to a delay in the Bureau of Prisons preparation of imprisonment time, Mr. Abal was held two days longer than his projected release date of November 15, 2010.

On February 20, 2008 an Informational Report was submitted to the Court after Mr. Abal admitted to using methamphetamine. On July 7, 2010, his conditions were modified to include 50 hours of community service after he admitted to stealing from his employer, admitted to drug use, and failed to submit his monthly supervision report.

On March 10, 2011, Mr. Abal's supervised release was revoked for 9 months, with two days credit time for served. He admitted to using drugs and failed to participate in the treatment program. Upon his release from the Bureau of Prisons, he was ordered to serve 49 months of supervised release. His term of supervision commenced on December 10, 2011.

On February 3, 2012, an Informational Report was submitted to the Court after the defendant admitted to using methamphetamine on two separate occasions.

On September 5, 2013, Mr. Abal's supervised release was revoked for 4 months and 10 days, time already served after he successfully completed inpatient treatment at the Lighthouse Recovery Center. He was placed on supervised release for a term of 44 months. His term of supervision began on September 5, 2013.

Mr. Abal is alleged to have committed the following violations under 18 U.S.C. § 3583:

**Mandatory Condition**: *The defendant shall refrain from any unlawful use of a controlled substance.* On October 7, 2013, this Officer conducted a home visit at Mr.

Abal's residence in Capitol Hill and had him submit to a random drug test. The test panel indicated a presumptive positive result for the use of methamphetamine. When questioned about the result, he admitted in writing that he had used the drug on October 5, 2013. He was instructed to refrain from further drug use and informed that his drug testing will be increased to six tests per month.

**Supervision Compliance:** Mr. Abal submitted a DNA sample on May 16, 2006. He continues to attend his substance abuse treatment sessions.

**Recommendation:** This Probation Officer respectfully requests that the Court issue a Summons for Mr. Steven Faisao Abal to appear at a hearing scheduled by the Court, and during that hearing, he be held to answer or show cause why supervised release in this case should not be revoked pursuant to 18 U.S.C. § 3583 (e)(3).

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed this 6th day of November, 2013, at Garapan, Saipan, Northern Mariana Islands, in conformance with the provisions of 28 U.S.C. § 1746.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By: /s/ GREGORY F. ARRIOLA
U.S. Probation Officer

Reviewed by:

/s/ GRACE D. FLORES
Deputy Chief U.S. Probation Officer