AO 83 (Rev. 06/09) Summons in a Criminal Case

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
District of the Northern Mariana Islands

FILED
Clerk
District Court

NOV 12 2013

for the Northern Mariana Islands
By __________
(Deputy Clerk)

United States of America
v.
STEVEN FAISAO ABAL
Defendant

Case No. 1:05-CR-00024-001

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ☑ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of Court

| | |
|---|---|
| Place: United States District Court<br>District of the Northern Mariana Islands<br>1st Floor, Horiguchi Building<br>Beach Road, Garapan | Courtroom No.: 101 |
| | Date and Time: 11/14/2013 1:30 pm |

This offense is briefly described as follows:

Violation Number Nature of Compliance

1. Tested positive for the use of methamphetamine on October 7, 2013.

Date: 11/07/2013

*Issuing officer's signature*

Honorable, Heather L. Kennedy, Magistrate Judge
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons ❒ Returned this summons unexecuted

Date: 11-12-2013

John L. Vega
*Server's signature*

John L. Vega DUSM
*Printed name and title*

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. 1:05-CR-00024-001

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
***(Not for Public Disclosure)***

**INFORMATION FOR SERVICE**

Name of defendant/offender: ______________________

Last known residence: ______________________

Usual place of abode *(if different from residence address)*: ______________________

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: ______________________

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: ______________________

**PROOF OF SERVICE**

This summons was received by me on *(date)* 11-07-2013 .

☒ I personally served the summons on this defendant Steven Abal at *(place)* def's residence on *(date)* 11-12-13 ; or

☐ On *(date)* ______ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* ______, who is authorized to receive service of process on behalf of *(name of organization)* ______ on *(date)* ______ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: ______.

I declare under penalty of perjury that this information is true.

Date returned: 11-12-13

John L Vega
*Server's signature*

John L. Vega DUSM
*Printed name and title*

Remarks: