UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR- 05-00024-001 November 14, 2013
1:40 p.m.

**UNITED STATES OF AMERICA -v- STEVEN FAISAO ABAL**

PRESENT: HON. RAMONA V. MANGLONA, CHIEF JUDGE
PATRICIA GARSHAK, COURT REPORTER
TINA MATSUNAGA, COURTROOM DEPUTY
RAMI BADAWY, ASSISTANT U.S. ATTORNEY
ROBERT TORRES, COURT-APPOINTED ATTORNEY
STEVEN FAISAO ABAL, DEFENDANT
GREGORY ARRIOLA, U.S. PROBATION OFFICER

PROCEEDING: REVOCATION HEARING

Defendant appeared out of custody with court-appointed counsel, Robert Torres. Government was represented by Rami Badawy, Assistant United States Attorney. Also seated at Government's table was Gregory Arriola, United States Probation Officer.

Attorney Badawy apprised the Court with an update in the case. Probation Office had informed the Government that Defendant had secured employment with Saipan Sea Ventures, Inc. Government agreed with Probation's recommendation that the Court continue the hearing for 60 days in order to monitor the Defendant's progress with his employment and compliance with refraining from the use of any controlled substance.

Attorney Torres also apprised the Court regarding Defendant's employer and asked that the Court give the Defendant one more chance, in order for him to secure this employment. Attorney Torres agreed with the Government's recommendation.

Court addressed the Defendant regarding his diligence in finding employment.

Attorney Badawy, after conferring with Attorney Torres, stated that it was the Government's understanding that the Defendant would be admitting to the violation with the understanding that the Court would continue sentencing for 60 days.

Defendant admitted to violating Special Condition No. 2, whereas, Defendant had failed to refrain from any unlawful use of a controlled substance.

Court found that there was sufficient evidence to support a finding by preponderance of the evidence that the Defendant violated his supervised release condition to refrain from

the use of any controlled substance.

Attorney Badawy stated the factual basis for the violation. Defendant agreed with the Government's statement.

Court addressed the Defendant regarding the Court's finding.

Court continued the **Revocation Hearing** to Friday, **January 10, 2014** at **8:30 a.m.**

Adjourned at 2:05 p.m.

/s/
Tina Matsunaga, Courtroom Deputy

---

**CERTIFICATE OF OFFICIAL COURT RECORDER**

I, Tina P. Matsunaga, certify that I am a duly appointed Courtroom Deputy for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on November 14, 2013. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above entitled case. I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).

---