Robert Tenorio Torres
Attorney at Law
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 503758 CK
Saipan, MP 96950

Tel: (670) 234-7859
Fax: (670) 234-5749

Attorney for Steven Faisao Abal

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>STEVEN FAISAO ABAL,<br><br>Defendant. | Criminal Case No. 05-00024<br><br>STIPULATED MOTION TO CONTINUE REVOCATION HEARING ON JANUARY 10, 2014 |

Defendant Steven Faisao Abal ("Mr. Abal"), through counsel Robert T. Torres Esq., hereby stipulate with Assistant United States Attorney Rami Badawy and move this Honorable Court for an Order vacating the Revocation Hearing in the above-captioned matter, currently scheduled on January 10, 2014 at 8:30 p.m. and reschedule to **March 4, 2014 at 8:30**

**p.m.**

This stipulated motion is to re-evaluate the Defendant regarding his employment progress and compliance and Defendant's counsel, Attorney Robert Torres will be off-island (See Exhibit 1).

**SO STIPULATED** this 6th day of January 2014.

/s/
ROBERT T. TORRES - F0197
ATTORNEY FOR MR. ABAL

/s/
RAMI BADAWY
ASSISTANT UNITED STATES ATTORNEY