FILED
Clerk
District Court

JAN 07 2014

for the Northern Mariana Islands
By________________________
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEVEN FAISAO ABAL,<br>Defendant. | Case No. 1:05-cr-00024<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING** |

Before the Court is the stipulation to continue the revocation hearing from January 10, 2014, to March 4, 2014, at 8:30 p.m. (ECF No. 61.) They seek the stipulation because Abal's attorney will be off-island and because they need additional time to reevaluate Abal's employment progress. (*Id.*) For good cause shown, the stipulation is GRANTED. The hearing is moved from January 10, 2014, to March 4, 2014, at 8:30 a.m.

SO ORDERED this 7th day of January, 2014.

RAMONA V. MANGLONA
Chief Judge