ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer
GREGORY F. ARRIOLA
U.S. Probation Officer
U.S. District Court of NMI
4th Floor, Horiguichi Bldg.
P.O. Box 502089
Saipan, MP 96950
Telephone: (670) 236-2983
Fax: (670) 236-2992

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00024-001 |
| Plaintiff, | ) | |
| vs. | ) | **SUPPLEMENTAL DECLARATION IN SUPPORT OF PETITION** |
| STEVEN FAISAO ABAL, | ) | |
| Defendant. | ) | |

**Re: Violation of Supervised Release, Supplemental Declaration**

I, U.S. Probation Officer Gregory F. Arriola, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Steven Faisao Abal, and in that capacity declare as follows:

On November 6, 2013, a Petition for Summons and Declaration was submitted by the U.S. Probation Office to the Court after the defendant admitted to using methamphetamine.

On November 14, 2013, the defendant appeared before the Honorable Chief Judge Ramona V. Manglona for a Revocation Hearing. During the hearing, the defendant admitted to the violation indicated in the Declaration. The Court received information that the defendant was able to secure employment and continued the matter for 60 days to monitor the defendant's progress. The matter was continued to January 10, 2014. On a motion later submitted by defense counsel, it was continued to March 4, 2014.

Mr. Abal is alleged to have committed the following additional violations of 18 U.S.C. § 3583(d):

**Mandatory Condition**: *The defendant shall refrain from any unlawful use of a controlled substance.* On December 28, 2013, drug counselor Crispin Sablan informed Mr. Abal via text message that all clients reporting to the Marianas Counseling Services (MCS) office for counseling that evening will be subjected to an unannounced drug test. Mr. Abal was scheduled to attend an individual counseling session from 1700 to 1800 hours that evening. Prior to the scheduled session, the defendant informed Mr. Sablan via text that due to issues with transportation he will not be able to report to their office. Mr. Sablan acknowledged his text and instructed him to call before 1800 hours if he was not able to find an alternate source of transportation, so he could pick him up. The defendant did not reply back to the message and failed to report to the counseling session and random drug test that evening.

On December 29, 2013, Mr. Abal submitted to a random drug test at the MCS office. He tested negative for the use of illicit substances but the treatment vendor noted that the specimen had a diluted appearance. The sample was sent out at the request of the U.S. Probation Office for further testing. On January 6, 2014, a report returned from the laboratory indicated that methamphetamine was present in the specimen.

On January 9, 2014, Mr. Abal reported to the U.S. Probation Office for a noncompliance meeting. When presented with the laboratory results, he denied using the drug or tampering with the urine specimen.

**Supervision Compliance:** The defendant continues to attend his substance abuse treatment sessions. He has tested negative a total of seven times since the incident noted

above.

**Recommendation:** The above information is respectfully submitted to supplement the Declaration in Support of Petition filed on November 6, 2013. This Officer further recommends that the Violation Hearing currently set for March 4, 2014 be rescheduled to an earlier date.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed this 30th day of January 2014, at Garapan, Saipan, in conformance with the provisions of 28 U.S.C. § 1746.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By: /s/ GREGORY F. ARRIOLA
U.S. Probation Officer

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

cc: Rami Badawy, AUSA
Robert Torres, defense counsel