**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

FILED
Clerk
District Court
JAN 31 2014
for the Northern Mariana Islands
By (Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEVEN FAISAO ABAL,<br>Defendant. | Case No. 1:05-cr-00024<br><br>**ORDER RESETTING REVOCATION HEARING** |

A revocation hearing in this matter is presently set for March 4, 2014. The United States Probation Office has filed a supplementary declaration on Defendant Abal's conduct and has requested the hearing be held at an earlier date. (ECF No. 63.) Having reviewed the report, the Court resets the revocation hearing for February 10, 2014, at 8:30 a.m.

SO ORDERED this 31st day of January, 2014.

RAMONA V. MANGLONA
Chief Judge