# AMENDED VIOLATION WORKSHEET

1. Defendant **Steven Faisao Abal**

2. Docket Number (Year-Sequence-Defendant No.) **05-00024-001**

3. District/Office Northern Mariana Islands

4. Original Sentence Date 10 / 26 / 05
   month / day / year

(If different than above):

5. Original District/Office N/A

6. Original Docket Number (Year-Sequence-Defendant No.) N/A

7. List each violation and determine the applicable grade (see §7B1.1(b))

| Violation(s) | Grade |
| --- | --- |
| • The defendant shall refrain from any unlawful use of a controlled substance (Special Condition). | C |

8. Most Serious Grade of Violation [see §7B1.1(b)] **C**

9. Criminal History Category [see §7B1.4(a)] **I**

10. Range of Imprisonment [see §7B1.4(a)] **3 to 9 months**

11. Sentencing Options for Grade B and C Violations Only (Check the appropriate box):

[X] (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

[ ] (b) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

[ ] (c) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

Defendant: Steven Faisao Abal

12. **Unsatisfied Conditions of Original Sentence**

List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation (see §7B1.3(d)):

| | | | |
|---|---|---|---|
| Restitution ($) | N/A | Community Confinement | N/A |
| Fine ($) | N/A | Home Detention | N/A |
| Other | N/A | Intermittent Confinement | N/A |

13. **Supervised Release**

If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3 (see §§7B1.3(g)(1)).

Term: ____________ to ____________ years.

If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment [see 18 U.S.C. §3583(e) and §7B1.3(g)(2)].

Period of supervised release to be served following release from imprisonment: 35 to 41 mos

14. **Departure**

List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

The original sentence was a result of a downward departure for substantial assistance, therefore, pursuant to §7B1.4, Commentary, Application Notes 4., an upward departure may be warranted.

15. **Official Detention Adjustment** (see §7B1.3(e)): 0 months 0 days