FILED
Clerk
District Court

FEB 10 2014

for the Northern Mariana Islands
By M. (Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR- 05-00024

February 10, 2014
8:30 a.m.

**UNITED STATES OF AMERICA -v- STEVEN FAISAO ABAL**

PRESENT: HON. RAMONA V. MANGLONA, CHIEF JUDGE
PATRICIA GARSHAK, COURT REPORTER
TINA MATSUNAGA, COURTROOM DEPUTY
GARTH BACKE, ASSISTANT U.S. ATTORNEY
ROBERT TORRES, COURT-APPOINTED ATTORNEY
STEVEN FAISAO ABAL, DEFENDANT
GREGORY ARRIOLA, U.S. PROBATION OFFICER

PROCEEDING: REVOCATION HEARING

Defendant appeared out of custody with court-appointed counsel, Robert Torres. Government was represented by Garth Backe, Assistant United States Attorney. Also seated at Government's table was Gregory Arriola, United States Probation Officer.

Attorney Backe, along with Defense counsel, requested for a continuance, so that Chris Sablan, Counselor, may appear at the hearing to provide testimony regarding the Defendant.

Attorney Torres stated the reasons for the suggested posture. Attorney Torres requested for a one to two week continuance in order to hear from Chris Sablan and Defendant's employer, Miki Pellegrino.

Attorney Backe also added that the request for continuance would be to better understand what the parties are dealing with, after Defendant had attended the Lighthouse Recovery Center in Guam, and that hearing from Mr. Sablan would assist the parties.

Court addressed the Defendant.

Defendant also requested for additional time.

Court, after hearing from the parties, continued the **Revocation Hearing** to Wednesday, **February 19, 2014** at **8:15 a.m.**

Court advised the Defendant that should he test positive for the use of a controlled substance again, an arrest warrant would issue for his arrest.

Adjourned at 8:55 a.m.

/s/
Tina Matsunaga, Courtroom Deputy

---

**CERTIFICATE OF OFFICIAL COURT RECORDER**

I, Tina P. Matsunaga, certify that I am a duly appointed Courtroom Deputy for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on February 10, 2014. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above entitled case. I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).

---