FILED
Clerk
District Court

FEB 19 2014

for the Northern Mariana Islands
By ______ (Deputy Clerk)

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

CR- 05-00024

February 19, 2014
8:20 a.m.

**UNITED STATES OF AMERICA -v- STEVEN FAISAO ABAL**

PRESENT: HON. RAMONA V. MANGLONA, CHIEF JUDGE
TINA MATSUNAGA, COURTROOM DEPUTY
GARTH BACKE, ASSISTANT U.S. ATTORNEY
ROBERT TORRES, COURT-APPOINTED ATTORNEY
STEVEN FAISAO ABAL, DEFENDANT
GREGORY ARRIOLA, U.S. PROBATION OFFICER

PROCEEDING: REVOCATION HEARING

Defendant appeared out of custody with court-appointed counsel, Robert Torres. Government was represented by Garth Backe, Assistant United States Attorney. Also seated at Government's table was Gregory Arriola, United States Probation Officer.

Attorney Torres apprised the Court that Counselor Chris Sablan was currently in Tinian working on a project. Attorney Torres requested for a short continuance.

Government had no objection to Defendant's request.

Court inquired with Officer Arriola regarding Defendant's compliance with his terms of supervision, thus far. Officer Arriola stated that there were no issues to report.

Court addressed the Defendant regarding his compliance with his conditions of supervision.

Court advised Attorney Torres to follow up with Mr. Sablan and Ms. Pellegrino regarding their attendance for this hearing.

Court, after hearing from the parties, continued the **Revocation Hearing** to Friday, **February 21, 2014** at **8:00 a.m.**

Adjourned at 8:25 a.m.

/s/ Tina Matsunaga, Courtroom Deputy

---

**CERTIFICATE OF OFFICIAL COURT RECORDER**

I, Tina P. Matsunaga, certify that I am a duly appointed Courtroom Deputy for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on February 19, 2014. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above entitled case. I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).

---