FILED
Clerk
District Court

FEB 21 2014

for the Northern Mariana Islands
By ____________
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR- 05-00024

February 21, 2014
8:10 a.m.

**UNITED STATES OF AMERICA -v- STEVEN FAISAO ABAL**

PRESENT: HON. RAMONA V. MANGLONA, CHIEF JUDGE
PATRICIA GARSHAK, COURT REPORTER
TINA MATSUNAGA, COURTROOM DEPUTY
GARTH BACKE, ASSISTANT U.S. ATTORNEY
ROBERT TORRES, COURT-APPOINTED ATTORNEY
STEVEN FAISAO ABAL, DEFENDANT
GREGORY ARRIOLA, U.S. PROBATION OFFICER

PROCEEDING: REVOCATION HEARING

Defendant appeared out of custody with court-appointed counsel, Robert Torres. Government was represented by Garth Backe, Assistant United States Attorney. Also seated at Government's table was Gregory Arriola, United States Probation Officer.

Attorney Torres informed the Court that Ms. Pellegrino was not able to appear for today's hearing and that she had submitted a letter in regards to the Defendant.

Attorney Torres also informed the Court that the Defendant was prepared to admit to the allegations.

Defense called its 1st Witness:
Crispin M. Sablan, Counselor. DX. CX.

Attorney Torres conducted the direct-examination of Witness Sablan.

Attorney Backe conducted the cross-examination of Witness Sablan.

Court apprised Attorney Torres that it had just received a copy of Ms. Pellegrino's letter. Attorney Torres stated that Ms. Pellegrino, had she testified, would have stated what was written in the letter. Attorney Torres offered the letter for the Court's consideration. Court accepted the letter for its consideration.

Attorney Torres argued on behalf of the Defendant. Attorney Backe argued on behalf of the Government.

Defendant gave his allocution.

Court, found that there was sufficient evidence to support a finding by preponderance of the evidence that the Defendant violated his supervised release condition to refrain from the use of any controlled substance.

Court ordered that **STEVEN FAISAO ABAL'S** supervised release be revoked pursuant to U.S.S. G. §7B1.3 (a)(2)(A) and 18 U.S.C. §3583 (e)(3), and that he is hereby sentenced to a term of imprisonment of **9 Months**. Upon the Defendant's release, he shall serve a term of 35 months supervised release with the following conditions:

1. The Defendant shall not commit another federal, state or local offense;

2. The Defendant shall refrain from any unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month;

3. The Defendant shall not possess a firearm, ammunition, or other dangerous weapon or
have such weapon(s) at his place of residence;

4. The Defendant shall comply with the standard conditions of supervised release as adopted by this Court;

5. The Defendant shall participate in a treatment program approved by the U.S. Probation Office for the treatment of narcotic addiction or drug dependency which will include testing for the detection of use or abuse. The Defendant shall also make co-payment for the program at a rate to be determined by the U.S. Probation Office;

6. The Defendant shall seek and maintain gainful employment;

7. The Defendant shall refrain from the use of poker machines or any form of gambling device;

8. The Defendant shall stay away from any and all drug users or drug traffickers; and

9. The Defendant shall refrain from the use of alcohol and submit to breathalyser tests at the direction of the U.S. Probation Office;

10. The Defendant shall perform 100 hours of community service under the direction and supervision of U.S. Probation Office; and

11. The Defendant shall participate in mental health and group counseling sessions as directed by U.S. Probation Office.

Defendant was advised of his right to appeal the sentence in this case and that he had fourteen days in which to do so. Further, the Defendant was advised of his right to an attorney for appeal and that the Court will appoint an attorney if he could not afford one.

Defendant shall self surrender to the Marshal's Office on Monday, February 24, 2014, by 12:00 p.m., to begin the service of his sentence. Court ordered the Defendant be tested for the use of any controlled substance upon surrendering to the U.S. Marshal.

Adjourned at 9:35 a.m.

/s/
Tina Matsunaga, Courtroom Deputy

---

**CERTIFICATE OF OFFICIAL COURT RECORDER**

I, Tina P. Matsunaga, certify that I am a duly appointed Courtroom Deputy for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on February 21, 2014. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above entitled case. I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).

---