✎PROB 12C
( 12/04)

# UNITED STATES DISTRICT COURT

for the

## District of Northern Mariana Islands

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:    **Steven Faisao Abal**    Case Number:  **CR 05-00024-001**

Name of Sentencing Judicial Officer:    **The Honorable Alex R. Munson**

Date of Original Sentence:    **October 26, 2005**

Original Offense:    <u>Count I</u> - Conspiracy to Distribute Methamphetamine, in violation 21 U.S.C. §§ 841 (a)(1) and (b)(1)(B),  and 846.

Original Sentence:    20 months imprisonment followed by five years of supervised release with the following conditions: not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within fifteen days of release from imprisonment and up to as many as eight drug tests per month thereafter, as directed by the U.S. Probation Officer; be prohibited from possessing a firearm or other dangerous weapon and not have such weapons at his residence; submit to the collection of a DNA sample at the direction of the U.S. Probation Office; comply with the standard conditions of supervised release as set forth at 18 U.S.C. § 3583; participate in a treatment program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether he has reverted to the use of drugs; seek and maintain gainful employment; refrain from the use of poker machines or any form of gambling device; perform 300 hours of community service under the direction of the U.S. Probation Office; and pay a $100 special assessment fee.  Informational Report filed **February 20, 2008**, to report positive drug test.  **Conditions Modified on July 7, 2010**, to include 50 hours of community service as a sanction for theft from his employer, two positive drug tests, and for failing to submit his monthly supervision report. **Revoked on September 30, 2010**, for two months, with 58 months of supervised release for multiple positive drug tests. **Revoked on March 10, 2011**, for 9 months, 2 days credit time served, with 49 months of supervised release to follow for drug use and failure to comply with the substance abuse program. **Informational Report filed on February 3, 2012** due to admission to drug use on two separate occasions. **Revoked on September 5, 2013**, for 4 months and 10 days, time already served, after he successfully completed inpatient treatment at the Lighthouse Recovery Center.  He was ordered a 44 month term of supervised release with conditions. **Revoked on February 21, 2014**, for 9 months, followed by a 35 month term of supervised release for continued drug use.

Type of Supervision:    Supervised Release    Date Supervision Commenced:    November 21, 2014

Assistant U.S. Attorney:    Garth R. Backe    Defense Attorney:    Robert R. Torres

PETITIONING THE COURT

☐ To issue a warrant

☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | Defendant tested positive for the use of opiates on February 18, 2015 |
| 2. | Defendant admitted entering a poker establishment to gamble. |

✎Prob 12C
(12/04)

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

     [X] revoked.

     [ ] extended for _____ years, for a total term _____ years.

[ ] The conditions of supervision should be modified as follows:

*Please see attached Declaration in Support of Petition,*
*Re: Violations of Supervised Release Conditions; Request for a Summons,*
*submitted by U.S. Probation Officer Gregory F. Arriola.*

I declare under penalty of perjury that
the foregoing is true and correct.

Reviewed by:

/s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer Specialist

By:   /s/ GREGORY F. ARRIOLA
U.S. Probation Officer

Date:  April 8, 2015

Executed on:  April 8, 2015

THE COURT ORDERS:

[ ] No action.

[ ] The issuance of a warrant.

[ ] The issuance of a summons.

[ ] Other.