AO 83 (Rev. 06/09) Summons in a Criminal Case

ORIGINAL

# UNITED STATES DISTRICT COURT

for the

District of the Northern Mariana Islands

FILED
Clerk
District Court

APR 22 2015

for the Northern Mariana Islands
By ______________ (Deputy Clerk)

United States of America
v.

STEVEN FAISAO ABAL

Defendant

Case No. 1:05-cr-00024-001

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| | |
|---|---|
| Place: United States District Court<br>District of the Northern Mariana Islands<br>1st Floor, Horiguchi Building<br>Beach Road, Garapan | Courtroom No.: 101 |
| | Date and Time: 05/08/2015 2:00 pm |

This offense is briefly described as follows:

Violation Number Nature of Noncompliance

1. Defendant tested positive for the use of opiates on February 18, 2015
2. Defendant admitted entering a poker establishment to gamble.

Date: April 20, 2015

*Issuing officer's signature*

Ramona V. Manglona, Chief Judge

*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 4-22-15

*Server's signature*

John Vega

*Printed name and title*