Robert Tenorio Torres, F0197
Attorney at Law
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 503758 CK
Saipan, MP 96950

Tel: (670) 234-7859
Fax: (670) 234-5749

Attorney for Defendant Steven Faisao Abal

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. <u>05-00024</u> |
| Plaintiff, | |
| vs. | STIPULATED MOTION TO CONTINUE THE MAY 8, 2015 HEARING |
| STEVEN FAISAO ABAL, | |
| Defendant. | |

Defendant Steven Faisao Abal, through counsel Robert T. Torres Esq., hereby files this Stipulation with Assistant United States Garth R. Backe. The United States Probation Office has been made aware of the parties intent to reschedule this matter and does not oppose the continuance. The parties therefore moves this Honorable Court for an Order rescheduling the Initial Appearance in the above-captioned matter, currently set for May 8, 2015 at 2:00 p.m. to **May 11, 2015 at 3:00 p.m.**

Due to conflicting schedules involving a separate matter requiring the presence of Mr. Torres, both parties agree it necessary to reschedule this matter.

**SO STIPULATED** this 7th day of May, 2015.


    /s/  Robert T. Torres
ROBERT T. TORRES
ATTORNEY FOR STEVEN F. ABAL


    /s/   Garth R. Backe
GARTH R. BACKE
ASSISTANT UNITED STATES ATTORNEY