Robert Tenorio Torres
Attorney at Law
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 503758 CK
Saipan, MP 96950

Tel: (670) 234-7859
Fax: (670) 234-5749

*Attorney for Defendant Steven Faisao Abal*



FILED
Clerk
District Court

MAY - 8 2015

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>STEVEN FAISAO ABAL,<br><br>Defendant. | Criminal Case No. 05-00024<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE THE MAY 8, 2015 HEARING |

Pursuant to the stipulation of the parties and for good cause shown, the court orders that the Initial Appearance currently scheduled for May 8, 2015 at 2:00 p.m. shall be rescheduled to **May 11, 2015 at 3:00 p.m.**

**SO ORDERED** this _8 TH_ day of May, 2015.

_____
HON. ALEX R. MUNSON
Senior Judge