ALICIA A.G. LIMTIACO
United States Attorney
RUSSELL H. LORFING
Assistant United States Attorney
P.O. Box 500377
Horiguchi Building, Third Floor
Saipan, MP 96950
TEL: (670) 236-2980
FAX: (670) 236-2985

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>vs.<br><br>**STEVEN FAISAO ABAL**,<br><br>Defendant. | Case 1:05-cr-00024<br><br>**ENTRY OF APPEARANCE** |

Assistant United States Attorney Russell H. Lorfing hereby enters his appearance as co-counsel in this matter on behalf of the United States of America.

Respectfully submitted on May 11, 2015.

ALICIA A.G. LIMTIACO
United States Attorney

By: *\/s/ Russell H. Lorfing*
RUSSELL H. LORFING
Assistant United States Attorney