ALICIA A.G. LIMTIACO
United States Attorney
RUSSELL H. LORFING
Assistant United States Attorney
P.O. Box 500377
Horiguchi Building, Third Floor
Saipan, MP 96950
TEL:   (670) 236-2980
FAX:   (670) 236-2985

Attorneys for the United States of America

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **STEVEN FAISAO ABAL**, <br><br> Defendant. | Case 1:05-cr-00024 <br><br> **UNOPPOSED MOTION TO CONTINUE HEARING** |

The United States of America, by and through undersigned counsel, hereby moves the Court to continue the hearing in this matter, currently scheduled for today at 3:00 PM, to Tuesday, May 19, 2015, at 10:30 AM, for the reason that one of the United States' witnesses is unavailable today.  Defense counsel and the U.S. Probation Office have both stated their non-opposition to this request.

Respectfully submitted on May 11, 2015.

ALICIA A.G. LIMTIACO
United States Attorney

By:     */s/ Russell H. Lorfing*
RUSSELL H. LORFING
Assistant United States Attorney