ALICIA A.G. LIMTIACO
United States Attorney
RUSSELL H. LORFING
Assistant United States Attorney
P.O. Box 500377
Horiguchi Building, Third Floor
Saipan, MP 96950
TEL:   (670) 236-2980
FAX:   (670) 236-2985

Attorneys for the United States of America

FILED
Clerk
District Court

MAY 1 1 2015

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**STEVEN FAISAO ABAL,**<br><br>Defendant. | Case 1:05-cr-00024<br><br><br>**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO CONTINUE HEARING** |

Before the Court is the United States' Unopposed Motion to Continue Hearing (ECF 79). For cause shown, the United States' motion is hereby GRANTED. The initial appearance in this matter, scheduled for 3:00 PM today, is hereby rescheduled to **Wednesday, May 13, 2015, at 8:00 AM**.

**SO ORDERED** on May 11, 2015.

_Alex R. Munson_
ALEX R. MUNSON
Senior Judge