ALICIA A.G. LIMTIACO
United States Attorney
RUSSELL H. LORFING
Assistant United States Attorney
P.O. Box 500377
Horiguchi Building, Third Floor
Saipan, MP 96950
TEL:  (670) 236-2980
FAX: (670) 236-2985

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>vs.<br><br>**STEVEN FAISAO ABAL**,<br><br>Defendant. | Criminal Case No. 05-00024<br><br>**UNITED STATES' MOTION TO APPEAR TELEPHONICALLY AT INITIAL APPEARANCE**<br><br>Date:     May 13, 2015<br>Time:    8:00 a.m.<br>Judge:   Hon. Alex R. Munson |

The United States of America hereby moves this Court to allow witness, Michelle Baily, to appear telephonically at the Initial Appearance. Witness will be available at the following number: (301) 910-9985.

Respectfully submitted on May 12, 2015.

ALICIA A.G. LIMTIACO
United States Attorney

By:    */s/ Russell H. Lorfing*
RUSSELL H. LORFING
Assistant United States Attorney