ALICIA A.G. LIMTIACO
United States Attorney
RUSSEL H. LORFING
Assistant United States Attorneys
P.O. Box 500377
Horiguchi Building, Third Floor
Saipan, MP 96950
TEL: (670) 236-2980
FAX: (670) 236-2985

Attorneys for the United States of America

FILED
Clerk
District Court

MAY 13 2015

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

STEVEN FAISAO ABAL,

Defendant.

Criminal Case No. 05-00024

**ORDER GRANTING UNITED STATES'
MOTION TO HAVE ITS WITNESS TO
APPEAR TELEPHONICALLY AT
INITIAL APPEARANCE**

Date:    May 13, 2015
Time:    8:00 a.m.
Judge:   Hon. Alex R. Munson

The Court hereby GRANTS the United States of America's Motion to have its witness appear telephonically at the Initial Appearance. The Clerk of Court will contact Michelle Baily at the number provided in said Motion immediately before the start of the Initial Appearance.

SO ORDERED this _13_ day of May, 2015.

_____
ALEX R. MUNSON
JUDGE