FILED
Clerk
District Court
MAY 13 2015
for the Northern Mariana Islands
By________________
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

1:05-cr-00024

May 13, 2015
8:00 a.m.

**UNITED STATES OF AMERICA -v- STEVEN FAISAO ABAL**

PRESENT: HON. ALEX R. MUNSON, SENIOR JUDGE PRESIDING
MICHELLE MACARANAS, DEPUTY CLERK
RUSSELL LORFING, ASSISTANT U.S. ATTORNEY
ROBERT TORRES, COURT-APPOINTED COUNSEL
STEVEN FAISAO ABAL, DEFENDANT
GREGORY ARRIOLA, U.S. PROBATION OFFICER

PROCEEDING: REVOCATION HEARING

Defendant appeared out of custody with court-appointed counsel, Robert Torres. Government was represented by Russell Lorfing, Assistant United States Attorney. Also seated at Government's table was Gregory Arriola, United States Probation Officer.

Government gave it's position on the matter before the court. On behalf of defendant Abal, court-appointed counsel Torres gave his position on the matter and that his client admits to both violations.

Defendant gave his allocution.

Court ordered that **STEVEN FAISAO ABAL'S** supervised release be revoked pursuant to U.S.S. G. §7B1.3 (a)(2)(A) and 18 U.S.C. §3583 (e)(3), and that he is hereby sentenced to a term of imprisonment of **11 months**. Court ordered that defendant's sentence be deferred for two (2) months.

Defendant is further ordered to report to the United States Probation Office two (2) times per week for drug testing during the 2 months of deferment. If defendant tests positive during the 2 month period then sentence shall be imposed. If defendant tests positive after the 2 month period then further proceedings will be held. Previously set conditions of release is adopted and shall continue.

Probation Officer Gregory Arriola clarified with the court with regards to the most recent and pending drug test. Court ordered that should the pending test be returned positive that Officer Arriola inform the court and further proceedings shall be held.

Both counsels had no objections to the court's revocation imposition.

Adjourned at 8:25 a.m.

/s/Michelle Macaranas, Deputy Clerk

---

**CERTIFICATE OF OFFICIAL COURT RECORDER**

I, Michelle Macaranas, certify that I am a duly appointed Deputy Clerk for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on May, 13, 2015. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above entitled case. I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).

---