AO 83 (Rev. 06/09) Summons in a Criminal Case

ORIGINAL

# UNITED STATES DISTRICT COURT

for the

District of the Northern Mariana Islands

FILED
Clerk
District Court

JUN 03 2015

for the Northern Mariana Islands
(Deputy Clerk)

United States of America
v.
STEVEN FAISAO ABAL
*Defendant*

Case No. CR 05-00024-001

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| | |
|---|---|
| Place: United States District Court<br>District of the Northern Mariana Islands<br>1st Floor, Horiguchi Building<br>Beach Road, Garapan | Courtroom No.: 101 |
| | Date and Time: 06/05/2015 3:30 pm |

This offense is briefly described as follows:

Mandatory Condition: The defendant failed to refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as perscribed by a physician.

Date: 06/03/2015

*Issuing officer's signature*

Honorable, Ramona V. Manglona, Chief Judge
*Printed name and title*

UNITED STATES DISTRICT COURT OFFICIAL SEAL NORTHERN MARIANA ISLANDS

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 6-3-2015

*Server's signature*

John Vega DUSM
*Printed name and title*