Robert Tenorio Torres, F0197
Attorney at Law
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 503758 CK
Saipan, MP 96950

Tel: (670) 234-7859
Fax: (670) 234-5749

Attorney for Defendant Steven Faisao Abal

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 05-00024 |
| Plaintiff, | |
| vs. | STIPULATED MOTION TO RESCHEDULE THE JUNE 5, 2015 HEARING |
| STEVEN FAISAO ABAL, | |
| Defendant. | |

Defendant Steven Faisao Abal, through counsel Robert T. Torres Esq., hereby files this stipulated motion with Assistant United States Attorney Russell Lorfing and moves this Honorable Court for an Order rescheduling the hearing re: the Revocation of Supervised Release in the above-captioned matter, currently set for June 5, 2015 at 3:30 p.m. to **June 5, 2015 at 4:30 p.m.** The United States Probation Office has been made aware of the parties intent to reschedule this matter and does not oppose the continuance.

Due to Mr. Torres' conflicting schedules involving another matter requiring his presence, both parties have agreed that it is necessary to reschedule this matter to a latter time.

**SO STIPULATED** this 3rd day of June, 2015.

*/s/   Robert T. Torres*
ROBERT T. TORRES
ATTORNEY FOR STEVEN F. ABAL

*/s/   Russell Lorfing*
RUSSELL LORFING
ASSISTANT UNITED STATES ATTORNEY