Robert Tenorio Torres
Attorney at Law
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 503758 CK
Saipan, MP 96950

Tel: (670) 234-7859
Fax: (670) 234-5749

*Attorney for Defendant Steven Faisao Abal*

F I L E D
Clerk
District Court

JUN 04 2015

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>STEVEN FAISAO ABAL,<br><br>Defendant. | Criminal Case No. 05-00024<br><br>ORDER GRANTING STIPULATED MOTION TO RESCHEDULE THE JUNE 5, 2015 HEARING |

Pursuant to the stipulated motion of the parties (ECF No. 88) and for good cause shown, this Court hereby issued this Order GRANTING the rescheduling of the hearing on the revocation of Defendant's supervised release from June 5, 2015 at 3:30 p.m. to **June 5, 2015 at 4:30 p.m.**

**SO ORDERED** this 4th day of June, 2015.

HON. RAMONA MANGLONA
Chief Judge