FILED
Clerk
District Court

JUN 05 2015

for the Northern Mariana Islands
By M. (Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

1:05-cr-00024 | June 5, 2015
4:40 p.m.

**UNITED STATES OF AMERICA -v- STEVEN FAISAO ABAL**

PRESENT: HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
TINA MATSUNAGA, COURTROOM DEPUTY
GARTH BACKE, ASSISTANT U.S. ATTORNEY
ROBERT TORRES, COURT-APPOINTED COUNSEL
STEVEN FAISAO ABAL, DEFENDANT
GREGORY ARRIOLA, U.S. PROBATION OFFICER

PROCEEDING: REVOCATION HEARING

Defendant appeared out of custody with court-appointed counsel, Robert Torres. Government was represented by Garth Backe, Assistant United States Attorney. Also seated at Government's table was Gregory Arriola, United States Probation Officer.

Attorney Torres stated that Defendant will be admitting to the allegation with respect to the marijuana found in his room.

Government agreed with Probation's recommendation and recommended 11 months imprisonment be imposed.

Attorney Torres recommended the Defendant serve 9 months with his supervised release continuing after his release from imprisonment. Attorney Torres requested that Defendant be ordered to self-surrender on Saturday or Monday because it was the Defendant's sons birthday.

Defendant approached the podium and was sworn. Defendant gave his allocution.

Court addressed the Defendant.

Court ordered that **STEVEN FAISAO ABAL'S** supervised release be revoked pursuant to U.S.S. G. §7B1.3 (a)(2)(A) and 18 U.S.C. §3583 (e)(3), and that he is hereby sentenced to a term of imprisonment of **11 months**.

Defendant was advised of his right to appeal the sentence in this case and that he

had fourteen days in which to do so. Further, the Defendant was advised of his right to an attorney for appeal and that the Court will appoint an attorney if he could not afford one.

Court ordered Defendant to self-surrender to the Department of Corrections on Saturday, June 6, 2015, by 10:00 a.m. to begin the service of his sentence.

Adjourned at 5:00 p.m.

/s/Tina Matsunaga, Courtroom Deputy

**CERTIFICATE OF OFFICIAL COURT RECORDER**

I, Tina Matsunaga, certify that I am a duly appointed Courtroom Deputy for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on June 5, 2015. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above entitled case. I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).